**Motion Denied and Order filed December 16, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00811-CV
_____

**ANTHONY SAINT VAL, Appellant**

**V.**

**PATRICIA HILL, VICE-PRESIDENT OF GLENCAIRN ASSOCIATION BOARD OF DIRECTORS, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1129479**

---

## ORDER

Appellant's request of November 22, 2021, that we proceed with this appeal as if appellee had not filed a brief is DENIED.

PER CURIAM

Panel Consists of Chief Justice Christopher, and Justices Spain and Wilson (Spain, J. dissenting).